Sherman Atlas Sylvester & Stamelman

Anthony C. Valenziano
Partner

T. 973.302.9696 F. 973.302.9947
avalenziano@shermanatlas.com

Request GRANTED. Defendants shall file the remand motion before October 15, 2026, and their time to answer or otherwise respond to the complaint is stayed pending decision on that motion.

Dated: September 30, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

September 29, 2026

**VIA ECF**

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, New York 10007

**Re: *Triad Financial Services, Inc. v. McGlinchey Stafford, PLLC*,**
**Civil Action No. 1:26-cv-08305(JLR)(HJR)**

Dear Judge Rochon:

This firm represents McGlinchey Stafford PLLC and Marc J. Lifset (together, "the McGlinchey Parties") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices, we respectfully submit this letter request to extend the McGlinchey Parties' time to answer, move or otherwise respond to the Amended Complaint filed by plaintiff Triad Financial Services, Inc. ("Triad"), which is currently due September 30, 2026.

On September 23, 2026, Triad removed this action from New York Supreme Court, New York County. The McGlinchey Parties have advised Triad that they intend to file a motion to remand this matter to New York Supreme Court, New York County and have requested that the McGlinchey Parties' time to answer, move or otherwise respond to the Amended Complaint be stayed pending a decision on the motion to remand. Triad has consented to this request provided that the motion to remand is filed on or before October 15, 2026. The McGlinchey Parties have agreed to file the motion to remand before October 15, 2026.

Accordingly, the McGlinchey Parties respectfully request that their time to answer, move or otherwise respond to the Amended Complaint be stayed pending a decision on the motion to remand.

Thank you for your Honor's consideration of this matter.

Respectfully Submitted,

/s/Anthony C. Valenziano
Anthony C. Valenziano

cc: Counsel of Record (via ECF)
4904-9095-0868, v. 1